IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENE FUENTES RIOS,

      Petitioner,                    No. CIV S-08-0167 LEW GGH P

     vs.

CDCR, et al.,

      Respondents.                ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Petitioner generally alleges that he has been wrongfully labeled as a gang member. Petitioner contends that he has had inaccurate chronos placed in his prison file and been wrongfully placed in administrative segregation as a result of this label. Petitioner also alleges that the improper label has also resulted in his not being released on parole.

/////

1

1       Petitioner does not challenge a particular prison disciplinary conviction.  Nor does
2 petitioner challenge a specific decision by the Board of Prison Hearings (BPH) finding him
3 unsuitable for parole.  Because petitioner does not challenge a specific conviction or decision by
4 the BPH, the petition is dismissed with leave to amend.
5       Petitioner's challenges to the procedures used by prison officials that resulted in
6 him being labeled as a gang member are more appropriately raised in a civil rights action
7 pursuant to 42 U.S.C. § 1983.  Petitioner's claims challenging the chronos in his central file and
8 placement in administrative segregation should be raised in a civil rights action as well.  In a
9 habeas corpus petition, petitioner must challenge a particular conviction or decision by the BPH
10 directly affecting the length of his confinement.
11       In accordance with the above, IT IS HEREBY ORDERED that:
12       1.  Petitioner's application to proceed in forma pauperis is granted;
13       2.  The petition is dismissed with thirty days to file an amended petition; failure to
14 file an amended petition within that time will result in a recommendation of dismissal of this
15 action.
16 DATED: 04/23/08

                                                   /s/ Gregory G. Hollows

17

                                                   UNITED STATES MAGISTRATE JUDGE

18
19 rios167.ord
20
21
22
23
24
25
26