IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENO FUENTES RIOS,

    Petitioner,        No. CIV S-08-0167 JAM GGH P

   vs.

CDCR, et al.,

    Respondents.      <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file an amended petition for writ of habeas corpus pursuant to the court's order of April 23, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's May 19, 2008 request for an extension of time (Docket #7) is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file an amended petition for writ of habeas corpus.

DATED: 05/28/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
rios0167.111