IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al,<br>　　　　Respondents.<br>_____/ | 1:08-cv-01048-AWI-TAG (HC)<br><br>ORDER GRANTING RESPONDENTS'<br>REQUEST FOR AN EXTENSION OF TIME<br>TO FILE MOTION TO DISMISS<br><br>(DOCUMENT #22)<br><br>DEADLINE TO FILE MOTION TO<br>DISMISS: January 13, 2009 |

　　　　On December 11, 2008, Respondents filed a motion for an extension of time to file a motion to dismiss. (Doc. 22). The Court has considered Respondents' motion, finds that good cause exists to grant it, and makes the following ruling thereon:

　　　　1. Respondents' motion for an extension of time (Doc. 22) is GRANTED; and

　　　　2. Respondents shall have to and including January 13, 2009 to file a motion to dismiss.

IT IS SO ORDERED.

Dated:　**December 12, 2008**　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE