IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENO FUENTES RIOS,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS AND<br>REHABILITATION, et al.,<br><br>　　　　Respondents.<br>_____/ | 1:08-cv-01048 AWI TAG (HC)<br><br>**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS**<br><br>(DOCUMENT #25)<br><br>DEADLINE: FEBRUARY 12, 2009 |

　　On January 13, 2009, respondent filed a request for an extension of time to file a motion to dismiss or an answer. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Respondent shall file a motion to dismiss or an answer by February 12, 2009.

IT IS SO ORDERED.

Dated:  **January 16, 2009**　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE